MOERMAN v. JOHNSON.

(Supreme Court, Appellate Term, First Department. December 6, 1912.)

COURTS (§ 188*)—JURISDICTION—STATE COURTS—NEW YORK MUNICIPAL COURT.

Under Municipal Court Act (Laws 1902, c. 580) § 139, the Municipal Court is without jurisdiction of actions arising out of a contract of conditional sale of personal property, or a purchase-money chattel mortgage.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 437–468; Dec. Dig. § 188.*]

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by Richard Moerman against Marie F. Johnson. From a judgment for plaintiff, defendant appeals, and from an order denying plaintiff's motion to set aside the judgment plaintiff appeals.

Judgment reversed, with costs on defendant's appeal, and plaintiff's appeal dismissed.

Argued November term, 1912, before LEHMAN, PAGE, and HOTCHKISS, JJ.

John J. McGinniss, of New York City, for plaintiff.

Walter L. Rathborne, of New York City, for defendant.

PER CURIAM. The action "arises on either" a contract of conditional sale of personal property, or a purchase-money chattel mortgage. The court below had no jurisdiction to entertain it. Municipal Court Act (Laws 1902, c. 580) § 139.

On defendant's appeal, judgment reversed, with costs, and complaint dismissed. Plaintiff's appeal from order dismissed, without costs. All concur.